THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MOEGLEIN,<br><br>      Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 2:17-cv-00517-MJP<br><br>**STIPULATED MOTION TO EXTEND DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>October 31, 2017 |

Plaintiff Mark Moeglein and Defendant The Prudential Insurance Company of America, by and through their undersigned attorneys, hereby move this Court to extend the deadlines identified in the Case Scheduling Order (Dkt. No. 12.) as follows:

Opening briefs on cross-motions due December 3, 2017

Response briefs due January 3, 2018

Reply briefs due January 17, 2018

In support of this motion, the parties state as follows:

1. Plaintiff brings a claim for disability benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974. (Dkt. No. 1, *passim*.)

2. On June 27, 2017, this court entered a case management order that required the parties to file their cross-motions for judgment on the administrative record under Fed. R. Civ.

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:17-cv-00517) - 1

Pro 52 on or before November 3, 2017; Response briefs on or before December 4, 2017, and; Reply briefs on or before December 18, 2017. (Dkt. No. 12.)

3. The parties are in the middle of settlement negotiations and believe those discussions may allow the case to be resolved without further judicial involvement and allow the parties to avoid any unnecessary fees and costs.

4. There are no status conferences, hearings scheduled, or other deadlines that will be affected by this motion.

5. This request is made in good faith and not for the purpose of causing unwarranted delay or any other improper purpose.

DATED: October 31, 2017.

ROY LAW

By  *s/ Chris Roy* (per e-mail authorization)
Chris Roy, WSBA No. 29070
chris@roylawpdx.com

Attorneys for Plaintiff Mark Moeglein

LANE POWELL PC

By  *s/ David Howenstine*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com
David W. Howenstine, WSBA No. 41216
howenstined@lanepowell.com

SEYFARTH SHAW LLP

By  *s/ Christopher Busey*
Ian Morrison, *Pro Hac Vice*
imorrison@seyfarth.com
Christopher Busey, *Pro Hac Vice*
cbusey@seyfarth.com

Attorneys for Defendant The Prudential Insurance Company of America

**ORDER**

IT IS SO ORDERED. The parties' stipulated motion is GRANTED.

DATED this 2nd day of November, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:17-cv-00517) - 3