UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MOEGLEIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                    Defendant. | CASE NO. C17-517-MJP<br><br>ORDER DENYING STIPULATED MOTION TO AMEND BRIEFING DEADLINES |

THIS MATTER comes before the Court on the parties Stipulated Motion to Amend Briefing Deadlines. (Dkt. No. 22.) This case was filed on April 3, 2017. (Dkt. No. 1.) The parties have previously requested, and the Court has previously granted, one continuance to extend briefing deadlines. (Dkt. Nos. 16, 17.) Presently, the parties' response briefs are due on January 3, 2018. (Dkt. No. 17.) On January 2, 2018, the parties filed their request seeking a further continuance. (Dkt. No. 22.) The parties suggest that continuance is needed to allow them to "concentrate their efforts on a mediation currently scheduled for February 1, 2018." (Dkt. No. 22.) However, the parties were aware of the briefing deadlines when they scheduled the

mediation, and the mediation does not constitute good cause for their failure to comply with these deadlines or for further extension.

Therefore, the Court DENIES the Stipulated Motion to Amend Briefing Deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 3, 2018.

Marsha J. Pechman
United States District Judge