UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MOEGLEIN, | CASE NO. C17-517-MJP |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The parties having stipulated that the above-captioned action be dismissed with prejudice and without an award of costs or fees to any party; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs for fees to either party.

DATED: March 20, 2018

Marsha J. Pechman
United States District Judge